Nos. 820, 821 and 822. GERRITSEN BASIN DEVELOPMENT CORP. *v.* CITY OF NEW YORK. March 31, 1941. Petition for writs of certiorari to the Court of Appeals of New York denied. *Mr. Thos. L. Zimmerman, Jr.* for petitioner. *Messrs. William C. Chanler, Paxton Blair,* and *Joseph F. Mulqueen, Jr.* for respondent.